UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MORGAN FULLER,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY,<br><br>    Defendant. | Case No. 2:20-cv-00020-APG-EJY<br><br>**ORDER** |

**I.  DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until **March 31, 2021** to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before **March 31, 2021**, this case will be subject to dismissal without prejudice.

Additionally, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **March 31, 2021** or pay the full filing fee of $400.[1]

---

[1] Because Plaintiff initiated his case prior to December 1, 2020, the filing fee is $400.

1

## II. CONCLUSION

Accordingly, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before **March 31, 2021**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **March 31, 2021**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this case with prejudice.

Dated this 4th day of March, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE